■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE L. HUFFMAN, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Suffolk County, dated February 17, 1962, which denied, without a hearing, his application to vacate a judgment of said court, rendered June 12, 1956 after a jury trial, convicting him of forgery in the second degree (two counts) and petit larceny (two counts), and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Hill and Rabin, JJ., concur.